# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES BEARSS, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01154-ALM-AGD |
| | § | |
| DOUGLAS CAMPBELL, et al. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2026, the Report of the Magistrate Judge, (Dkt. #24), was entered containing proposed findings of fact and recommendation that Defendants' Motion to Dismiss Plaintiffs' Original Complaint Pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and Brief in Support (Dkt. #8) be denied.

On September 8, 2026, Defendants filed timely objections to the Report (Dkt. #27). On September 15, 2026, Plaintiffs filed a response to Defendants' objections (Dkt. #28). The Court has conducted a de novo review of Defendants' objections (Dkt. #27) and Plaintiffs' response thereto (Dkt. #28). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Original Complaint Pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and Brief in Support (Dkt. #8) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE